IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOEL EXINIA, | § | |
|    Petitioner, | § | |
| | § | CIVIL NO. B-10-067 |
| V. | § | CRIMINAL NO. B-05-083-1 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|    Respondent. | § | |

## ORDER

Pending is the Magistrate Judge's April 15, 2010, Report and Recommendation in the above-referenced cause of action. [Doc. No. 4]  No objections have been lodged by either side and the time for doing so has expired.  Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation should be **ADOPTED**.

Therefore, it is **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** [Doc. No. 4], Petitioner Noel Exinia's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [CV2, Doc. No. 1] is **DISMISSED** for lack of jurisdiction. Further, Petitioner's Motion for Certificate of Appealability [CV2, Doc. No. 8] is **DENIED**.

Signed this 14th day of May, 2010.

Andrew S. Hanen
United States District Judge